## HIGHTOWER *v.* JENKINS *et al.*

BECK, P. J. The evidence introduced by the plaintiff to support her claim of right to a decree of specific performance was not such as to authorize a decree in her favor; and the court properly nonsuited the case. *Judgment affirmed. All the Justices concur.*

No. 4858. JULY 15, 1925.

Equitable petition. Before Judge Humphries. Fulton superior court. March 2, 1925.

. *W. B. Cody, H. B. Evins,* and *Candler, Thomson & Hirsch,* for plaintiff in error.

*W. C. Munday* and *W. H. Lewis,* contra.